IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

No. 97-41002
Conference Calendar

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ELOY LAURO ALANIZ-ELIZONDO,

Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. M-97-CR-119-1
- - - - - - - - - - -
February 11, 1998
Before SMITH, EMILIO M. GARZA, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Eloy Lauro Alaniz-Elizondo appeals his guilty-plea sentencing for reentry after deportation in violation of 8 U.S.C. § 1326(a) and (b). He argues that he was charged with and pleaded guilty to simple reentry, § 1326(a), but was sentenced as if he had pleaded guilty to reentry following a felony conviction pursuant to § 1326(b)(2). His argument is foreclosed by this court's opinion in *United States v. Vasquez-Olvera*, 999 F.2d 943,

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

946-47 (5th Cir. 1993).

AFFIRMED.